UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOSEPH SAGENDORF, individually and on behalf of similarly situated persons,<br><br>              Plaintiff,<br><br>v.<br><br>QUALITY HUTS, LLC, QUALITY HUTS EAST, LLC, QUALITY HUTS INDIANAPOLIS, LLC, QUALITY HUTS MID ATLANTIC, LLC, and QUALITY HUTS MIDWEST, LLC,<br><br>              Defendants. | Case No. 3:18-CV-623-PPS-MGG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (AS TO STATE LAW CLAIM ONLY)** |

Plaintiff Joseph Sagendorf and Defendants Quality Huts LLC, Quality Huts East LLC, Quality Huts Indianapolis, LLC, Quality Huts Mid Atlantic LLC, and Quality Huts Midwest, LLC., each by their respective attorneys, and pursuant to Fed.R.Civ.P. Rule 41(a)(1), stipulate and agree that Count II of the Complaint (Violations of Indiana Minimum Wage Law) be and hereby is DISMISSED in its entirety, with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| /s/ Matthew Haynie | /s/ Joseph C. Pettygrove |
| Matthew Haynie | Jay P. Kennedy, Atty. No. 5477-49 |
| Texas Bar No. 24087692 | Kevin D. Koons, Atty. No. 27915-49 |
| Jay Forester | Joseph C. Pettygrove, Atty. No. 25737-29 |
| Texas Bar No. 24087532 | KROGER, GARDIS & REGAS, LLP |
| FORESTER HAYNIE PLLC | 111 Monument Circle, Suite 900 |
| 1701 N. Market Street, Suite 210 | Indianapolis, Indiana   46204-5125 |
| Dallas, Texas 75202 | (317) 692-9000 Telephone |
| (214) 210-2100 phone | (317) 264-6832 Fax |
| (214) 346-5909 fax | *jkennedy@kgrlaw.com* |
| *matthew@foresterhaynie.com* | *kkoons@kgrlaw.com* |
| *jay@foresterhaynie.com* | *jpettygrove@kgrlaw.com* |

*Attorneys for Plaintiffs*

Nicholas M. Reiter (admitted *pro hac vice*)
Sandy Schlesinger (admitted *pro hac vice*)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500 Telephone
(212) 307-5598 Fax
*nmreiter@venable.com*
*sschlesinger@venable.com*

*Attorneys for Defendants*

4821-3630-8825, v. 1