UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH SAGENDORF, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY HUTS, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 3:18-cv-623<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendants, Quality Huts LLC, Quality Huts East LLC, Quality Huts Indianapolis, LLC, Quality Huts Mid Atlantic LLC, and Quality Huts Midwest, LLC, filed a Joint Stipulation of Dismissal With Prejudice (as to State Law Claim Only), signed by all parties who have filed a notice of appearance in this case, and stipulating to the voluntary dismissal of only Count II of the Complaint (Violations of Indiana Minimum Wage Law).  [DE 35.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation [DE 35] is **GRANTED**.  The Clerk is **ORDERED** to **DISMISS COUNT II of the complaint WITH PREJUDICE,** each party to bear its own costs and fees.  This case remains pending as to Count I.

SO ORDERED.

ENTERED: May 1, 2019.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT